IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARITA UPTON                                                                                                       PLAINTIFF

v.                                            NO. 4:11CV00016 JLH

STONERIDGE NURSING AND REHAB                                                        DEFENDANT

## ORDER

Marita Upton commenced this action *pro se*. She filed a motion for appointment of counsel, which the Court granted. The lawyer who was appointed to represent Upton filed a motion to withdraw, stating that he had investigated the claim and found Upton's legal position is without merit. The Court granted the motion to withdraw and directed that Upton would proceed *pro se*. She has now written the Court stating that she is unable to defend herself, which the Court construes as a statement that she is unable to prosecute her case *pro se*. The Court will therefore dismiss the action without prejudice.

IT IS SO ORDERED this 25th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE