**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MARITA UPTON                                                                                                PLAINTIFF

v.                                        NO. 4:11CV00016 JLH

STONERIDGE NURSING AND REHAB                                                         DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 25th day of April, 2011.

/s/ J. Leon Holmes
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE